**Carl A. HOUSER, Jr.,
Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

### No. ED 100736

Missouri Court of Appeals,
Eastern District,
***DIVISION TWO.***

Filed: December 2, 2014

Andrew E. Zleit, St. Louis Public Defender, 1010 Market Street, Suite 1100, St. Louis, Missouri 63101, for Appellant.

---

Todd T. Smith, Assistant Attorney General, PO Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

## ORDER

PER CURIAM

Carl A. Houser, Jr., (Movant) appeals the judgment of the motion court denying his Rule 24.035 motion for post–conviction relief following an evidentiary hearing. Movant contends that his plea counsel was ineffective for failing to present mental competency evidence at his suppression hearing. We affirm.

We have reviewed the briefs of the parties and the record on appeal and have determined that an extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. Rule 84.16(b).